**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| ROBERT G. FRANKLIN, <br> GLENN E. STEELE, EDWARD W. <br> LEWIS, DARRYL BAILEY, and <br> LEON BOOKER, <br> <br> Plaintiffs, <br> <br> vs. <br> <br> LOCAL 2 OF THE SHEET METAL <br> WORKERS INTERNATIONAL <br> ASSOCIATION, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 06-00004-CV-W-GAF |

## ORDER

Pursuant to the United States Court of Appeals for the Eighth Circuit's Mandate in the above referenced case, it is

ORDERED that the above referenced case is set for bench trial beginning on October 26, 2009, at 9:00 a.m.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: July 9, 2009